IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON JOINER and DANIEL HUFHAM, <br><br> Plaintiffs, <br><br> v. <br><br> FCCI INSURANCE COMPANY, <br><br> Defendants. | ) ) ) ) ) ) Civil Action No.: 2:17-CV-01974-JHE ) ) ) ) ) ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiffs and Defendant in the above-styled cause, by and through their undersigned attorneys, and advise the Court that a settlement agreement has been reached between all of the parties and in regard to all claims pending in the above-referenced action.

WHEREFORE, the Plaintiffs and Defendant do hereby mutually agree that this action shall be dismissed, and request that the Court dismiss all claims with prejudice, costs taxed as paid, pursuant to a final order of the Court.

/s/ P. Thomas Dazzio, Jr.
P. Thomas Dazzio, Jr. (DAZ001)
*Attorney for Defendant FCCI Insurance Co.*

OF COUNSEL:
Friedman Dazzio Zulanas & Bowling, P.C.
3800 Corporate Woods Drive
Birmingham, AL 35242
tdazzio@friedman-lawyers.com

/s/Rex W. Slate
Rex W. Slate
*Attorney for Plaintiffs Brandon Joiner
and Daniel Hufham*

<u>OF COUNSEL</u>:
Guin Stokes & Evans, LLC
300 Richard Arrington Jr. Blvd. North
Title Building, Suite 600
Birmingham, AL 35203
rexs@gseattorneys.com