# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRANDON JOINER AND** </br> **DANIEL HUFHAM,** </br> </br> Plaintiffs, </br> </br> **FCCI INSURANCE COMPANY,** </br> </br> Defendant. | ) </br> ) </br> ) </br> ) **Civil Action Number:** </br> ) **2:17-cv-01974-AKK** </br> ) </br> ) </br> ) </br> ) |

## ORDER

Consistent with the Joint Stipulation of Dismissal, doc. 27, the court's order on December 21, 2018, doc. 26, is **REVISED** to reflect that this action is now **DISMISSED WITH PREJUDICE**. The parties bear their own costs.

**DONE** the 1st of February 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE